UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WARITH DEEN ABDULLAH, | Case No. 2:22-cv-00468-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Warith Deen Abdullah's failure to comply with the Court's April 18, 2022, order (ECF No. 5).

Petitioner initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) The Court completed an initial review under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. (*See* ECF No. 5.) In that initial review, the Court determined that Abdullah's instant petition, which was filed over 12 years after the statute of limitations had run, was untimely on its face. (*Id.* at 3.) As such, the Court ordered Petitioner to show cause why the petition should not be dismissed with prejudice as time-barred under § 2244(d). (*Id.* at 5.) The Court warned that if Abdullah did not respond to the order to show cause within 45 days, the petition would be dismissed with prejudice and without further advance notice. (*Id.*) That 45-day deadline expired on June 2, 2022. To date, Abdullah has not filed a response to the order to show cause, requested an extension of time, or taken any other action to prosecute this case.

It is therefore ordered that this action is dismissed with prejudice based on Petitioner's failure to comply with the Court's Order (ECF No. 5).

It is further ordered that Petitioner is denied a certificate of appealability, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

It is further ordered that the Clerk of Court is instructed to add Nevada Attorney General Aaron D. Ford as counsel for Respondents. No response is required from Respondents other than to respond to any orders of a reviewing court.

It is further ordered that, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of Court will file the Petition (ECF No. 1-1) and informally serve the Nevada Attorney General with the petition (ECF No. 1-1), this order, and the April 18, 2022, order (ECF No. 5) by sending a notice of electronic filing to the Nevada Attorney General's office.

It is further ordered that the Clerk of Court is further directed to enter final judgment accordingly, dismissing this action with prejudice, and close this case.

Dated: June 6, 2022

Gloria M. Navarro, Judge
United States District Court